UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| REHABCARE GROUP EAST, INC. d/b/a ) <br> REHABCARE GROUP THERAPY ) <br> SERVICES, INC. ) <br> ) <br> PLAINTIFF ) <br> ) <br> v. ) <br> ) <br> FOUR SEASONS OF DAYTON, L.L.C. ) <br> d/b/a FOUR SEASONS OF DAYTON ) <br> NURSING AND REHABILITATION ) <br> ) <br> DEFENDANT ) | Case No. 3:14-CV-00462 |

### AGREED ORDER CONTINUING DISCOVERY DEADLINE AND ASSOCIATED DEADLINES

Plaintiff, RehabCare Group East, Inc. d/b/a RehabCare Group Therapy Services, Inc. ("RehabCare"), and Defendant, Four Seasons of Dayton, L.L.C. d/b/a Four Seasons of Dayton Nursing and Rehabilitation ("Four Seasons"), tender this proposed Agreed Order Continuing Discovery Deadline and Associated Deadlines ("Agreed Order") set forth in the Preliminary Pretrial Conference Order (DN 12), as the Parties are engaged in settlement discussions and ongoing discovery, and the trial of this matter is not set until July 11, 2016, and there being no prejudice in continuing certain deadlines, and the Court having considered the Agreed Order and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the deadlines shall be extended as follows:

1. The Discovery Deadline is extended thirty (30) days from its current setting of September 30, 2015 through and including October 30, 2015.

2. The telephone status conference following discovery is extended from its current setting of October 6, 2015 at 10:00 a.m. to a date one week after the new discovery deadline of October 30, 2015, at a time convenient to the Court.

3. The Cut-off date for filing summary judgment motions shall be extended from its current setting of November 16, 2015 through and including December 15, 2015.

                                                                _____

UNITED STATES DISTRICT JUDGE

Date: 10/1/15

Have seen and agree:

| /s/ Elizabeth B. Alphin | /s/ Joseph C. Krella |
|---|---|
| FULTZ MADDOX DICKENS PLC | DINSMORE & SHOHL LLP |
| Phillip A. Martin (admitted *pro hac vice*) | Thomas P. Whelley II, OH Bar No. 0010493 |
| Elizabeth B. Alphin, OH Bar No. 0076068 | Joseph C. Krella, OH Bar No. 0083527 |
| 101 S. Fifth Street, Ste. 2700 | 10 N. Ludlow Street |
| Louisville, Kentucky 40202 | Dayton, Ohio 45402 |
| Telephone: (502) 588-2000 | Telephone: (937) 449-2800 |
| Facsimile: (502) 588-2020 | Facsimile: (937) 449-2836 |
| pmartin@fmdlegal.com | thomas.whelley@dinsmore.com |
| ealphin@fmdlegal.com | joe.krella@dinsmore.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |